THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARCHMONT MANOR PARK SOCIETY, Respondent, against FRANK BARNES, as Substituted Assessor of the Village of Larchmont, et al., Appellants.— Motion for reargument denied, with-

out costs. Motion for leave to appeal to the Court of Appeals granted. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 997.]